# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No.  1:22-cv-01510-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 6) |

Plaintiff Lorena Rubio ("Plaintiff") initiated this action on November 21, 2022. The initial scheduling conference is currently set for February 21, 2023. (ECF No. 3.) On January 24, 2023, the Court ordered Plaintiff to file a status report on service and readiness for the scheduling conference. (ECF No. 4.) On January 27, 2023, Plaintiff filed a status report indicating Defendant has been served and its response to the complaint is February 13, 2023. (ECF No. 6.) Accordingly, Plaintiff seeks a continuance of the scheduling conference to permit Defendant time to appear in this matter and for the parties to prepare for the conference. The Court finds good cause to grant the request and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to continue the scheduling conference (ECF No. 6) is GRANTED;

1

2. The scheduling conference currently set for February 24, 2023, is CONTINUED to **April 25, 2023**, at **2:00 p.m.** in **Courtroom 9**; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 30, 2023**

UNITED STATES MAGISTRATE JUDGE