# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No.  1:22-cv-01510-NODJ-SAB<br><br>ORDER GRANTING WITHDRAWAL OF CHERYL L. O'CONNOR AS ATTORNEY FOR DEFENDANT AND DIRECTING CLERK OF COURT TO TERMINATE CHERYL L. O'CONNOR AS ATTORNEY OF RECORD<br><br>(ECF No. 22) |

On March 8, 2024, a notice of withdrawal of Cheryl O'Connor as counsel for Defendant was filed.  (ECF No. 22.)  Other counsel from the law firm of Jones Day remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Cheryl L. O'Connor as counsel is GRANTED; and

2. The Clerk of the Court is DIRECTED to terminate Cheryl L. O'Connor as attorney for Defendant.

IT IS SO ORDERED.

Dated:   **March 11, 2024**

UNITED STATES MAGISTRATE JUDGE

1