# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>               Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>               Defendant. | Case No. 1:22-cv-01510-KES-SAB<br><br>ORDER RE: STIPULATION TO STAY DISCOVERY AND OTHER DEADLINES PENDING RULING ON MOTION TO COMPEL ARBITRATION<br><br>(ECF No. 27) |

      Plaintiff Lorena Rubio initiated this action on November 21, 2022. (ECF No. 1.) Defendant Experian Information Solutions, Inc. filed its answer on March 13, 2023. (ECF No. 12.) A scheduling order issued on April 25, 2023 setting the following deadlines: non-expert discovery on June 17, 2024; expert disclosure on July 12, 2024; supplemental expert disclosure on August 2, 2024; expert discovery on August 30, 2024; deadline to file dispositive motions on September 27, 2024; pretrial conference on May 12, 2025; and jury trial set to commence on July 29, 2025. (ECF No. 16.)

      On May 15, 2023, Defendant filed a motion to compel arbitration. (ECF No. 16.) The motion is currently pending before the District Judge.

      On June 11, 2024, the parties filed a stipulation to stay discovery and other deadlines pending the District Judge's ruling on Defendants' motion to compel arbitration. (ECF No. 27.)

1

The parties proffer they believe written discovery and depositions of parties may be required depending on the Court's ruling but request the non-expert discovery—and all subsequent deadlines—be stayed to conserve resources. The parties agree the pending motion is potentially dispositive and can be decided without additional discovery. Plaintiff also proffers she recently retained additional counsel which who requires additional time to review the case. The parties note a temporary stay of discovery and other deadlines in the case will promote the interests of justice and efficiency by conserving the Parties' and Court's resources. (ECF No. 27 at 1-2.)

In light of the parties' stipulation, the Court finds good cause to grant the parties' stipulated motion to stay the remaining discovery and dispositive motion deadlines. The Court shall also vacate the current pretrial and trial dates. If necessary, the Court will expeditiously reset the discovery and dispositive motion deadlines, the pretrial conference, and trial after the motion to compel arbitration is adjudicated.

Accordingly, based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to stay discovery and other deadlines pending adjudication of Defendant's motion to compel arbitration is GRANTED;
2. The non-expert discovery, expert disclosure, supplemental expert disclosure, expert discovery, and dispositive motion deadlines are STAYED until further order of the Court; and
3. The pretrial conference and trial dates are VACATED.

IT IS SO ORDERED.

Dated:   **June 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE