# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendant. | Case No.  1:22-cv-01510-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF DAYME SANCHEZ AS ATTORNEY FOR DEFENDANT AND DIRECTING CLERK OF COURT TO TERMINATE DAYME SANCHEZ AS ATTORNEY OF RECORD<br><br>(ECF No. 29) |

On October 17, 2024, a notice of withdrawal of Dayme Sanchez as counsel for Defendant was filed.  (ECF No. 29.)  Other counsel from the law firm Jones Day remain as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1.      The request to withdraw Dayme Sanchez as counsel is GRANTED; and

2.      The Clerk of the Court is DIRECTED to terminate Dayme Sanchez as attorney for Defendant.

IT IS SO ORDERED.

Dated:   **October 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE