# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01510-KES-SAB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING STATUS OF ARBITRATION<br><br>(ECF No. 33)<br><br>**MAY 1, 2026 DEADLINE** |

On July 31, 2025, the District Judge granted Defendant's motion to compel arbitration and stayed this matter pending the arbitration. (ECF No. 33.) At that time, the Court did not impose a recurring status report schedule. Now that nine months have passed, the Court will require the parties to file a status report regarding the arbitration. Based on the parties' report, the Court will consider whether to impose a recurring status report schedule in order to keep the Court abreast of the arbitration.

///

///

///

///

///

Accordingly, the Court DIRECTS the parties to file a joint status report (or dispositional documents) by **May 1, 2026**.  Should the parties fail to comply with this order, the Court will consider imposing sanctions for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge