# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 1:22-cv-01510-KES-SAB<br><br>ORDER SETTING RECURRING STATUS REPORT REGARDING ARBITRATION |

On July 31, 2025, the Hon. Kirk E. Sherriff granted Defendant's motion to compel arbitration and stayed this matter pending the arbitration. (ECF No. 33.)  On April 1, 2026, the Court noted that there had been no recurring status report schedule set and ordered the parties to give a status report regarding the pending arbitration. (ECF No. 34.)  The Court also informed the parties that based on the status report, it would consider whether to impose a recurring status report schedule. (Id.)  On May 1, 2026, the parties timely complied and informed the Court that following the arbitration demand and answer, the parties are still in the midst of selecting an arbitrator. (ECF No. 35.)

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court finds that setting a recurring status report schedule in this matter is necessary.  The parties are HEREBY ORDERED to file a status report regarding the status of the arbitration every 120 days from the entry of this order.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge