# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA RUBIO,<br><br>      Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>      Defendants. | Case No.  1:22-cv-01510-KES-SAB<br><br>ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 38) |

On June 25, 2026, Defendant Experian Information Solutions, Inc. filed a substitution of attorney form substituting attorney Nicholas C. Wiley of Goodwin Procter LLP in place of attorney Patrick J. Hall of Jones Day.  Accordingly, Nicholas C. Wiley is substituted as attorney of record for Defendant and the Clerk of Court is directed to terminate attorney Patrick J. Hall as counsel of record.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1